

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00560-CV

Nueces County Civil Service Commission
v.
Richard Morrisey

On Appeal from the
347th District Court of Nueces County, Texas
Trial Cause No. 2015-DCV-5630-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates any and all judgments rendered by the trial court subsequent to the expiration of its plenary power and dismisses the case. The Court orders the judgments VACATED and the case DISMISSED. Costs of the appeal are adjudged against the appellant.

We further order this decision certified below for observance.

April 30, 2020